# EXHIBIT  A

Rachael Soto



December 27, 2024

The Honorable Cristina D. Silva
U.S. District Court

Dear Honorable Judge Silva,

I am writing to you regarding the upcoming sentencing hearing for Mr. Todd Maxson.

I am Mr. Maxson's stepdaughter.  I am 38 years old and reside in Shreveport, LA, where I work as a yoga instructor.  Prior to my recent move to Louisiana, I lived and worked in Houston, TX since 2011.

I am deeply aware of the gravity of the charges against my stepfather.  The last nine months have been challenging, and I have been experiencing feelings of intense cognitive dissonance since becoming aware of the charges to which he recently pleaded.  My stepfather taught me how to cook, drive, kick a soccer ball, and use a power drill.  It has been difficult to mentally reconcile my memories of him with these recent events.

Mr. Maxson has been my stepfather since I was about eight years old. I lived in the home he shared with my mother until I was around 18, and I continued to live near my parents until I moved to Texas in 2011.  Since then, I have maintained regular contact with my family via weekly phone calls and semiannual visits.

My stepfather has cared for me as his own daughter throughout my life, and I have considered him my dad.  Growing up in his home, I felt safe, loved, and cared for.  I feel that our relationship as father and daughter has been typical, and his behavior toward me has always felt fatherly in nature.

My stepfather was raised near Toledo, Ohio.  He attended St. Francis de Sales High School, where he formed close friendships that continued into his adulthood.  He married my mother in 1994 or 1995.  My stepfather worked as a chef throughout my life, and to my knowledge, he has been liked and trusted by his colleagues, employers, and professional acquaintances.  He has maintained a relationship with his parents throughout his life, and I regarded them as grandparents. (His father is now deceased;

he continues to maintain contact with his mother and coordinate her care while incarcerated.)

Regarding the future, it is my hope that my stepfather can reflect on the impact of his actions and take steps toward growth and rehabilitation.

Thank you for your time in reading this letter.

Sincerely,

Rachael Soto
she/her