

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00141-CDS-BNW |
| Plaintiff | **Final Order of Forfeiture** |
| v. | |
| TODD MAXSON, | |
| Defendant | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Todd Maxson to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Todd Maxson pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 21; Plea Agreement, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 23.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 5, 2024, through November 4, 2024, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 24-1, p. 5.

1       This Court finds the United States notified known third parties by regular mail and
2 certified mail return receipt requested of their right to petition the Court. Notice of Filing
3 Service of Process – Mailing, ECF No. 26.
4       On October 11, 2024, the United States Attorney's Office served and attempted to
5 serve Allison Adya on Beaufort Avenue with copies of the Preliminary Order of Forfeiture
6 and the Notice through regular mail and certified mail return receipt requested. The certified
7 mail is listed as in transit since October 19, 2024. Neither Mailing was returned. Notice of
8 Filing Service of Process – Mailing, ECF No. 26-1, p. 3, 7-17.
9       On October 11, 2024, the United States Attorney's Office served and attempted to
10 serve Diana Maxson on Five Point Road with copies of the Preliminary Order of Forfeiture
11 and the Notice through regular mail and certified mail return receipt requested. The certified
12 mail was returned as unclaimed and unable to forward. The regular mail was not returned.
13 Notice of Filing Service of Process – Mailing, ECF No. 26-1, p. 3, 7-13, 18-20.
14       On October 11, 2024, the United States Attorney's Office served and attempted to
15 serve Diana Maxson on Mattatuck Way with copies of the Preliminary Order of Forfeiture
16 and the Notice through regular mail and certified mail return receipt requested. The certified
17 mail was returned as not deliverable as addressed and unable to forward. The regular mail
18 was not returned. Notice of Filing Service of Process – Mailing, ECF No. 26-1, p. 3, 7-13,
19 21-23.
20       On October 11, 2024, the United States Attorney's Office served and attempted to
21 serve Estate of Theodore Maxson on Mattatuck Way with copies of the Preliminary Order
22 of Forfeiture and the Notice through regular mail and certified mail return receipt requested.
23 The certified mail was returned as not deliverable as addressed and unable to forward. The
24 regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 26, p.
25 3, 7-13, 24-26.
26       On October 11, 2024, the United States Attorney's Office served Laurel Maxson on
27 Mattatuck Way with copies of the Preliminary Order of Forfeiture and the Notice through
28

regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 26, p. 3, 7-13, 27-28.

On October 11, 2024, the United States Attorney's Office attempted to serve Laurel Maxson on Kershaw Avenue with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 26, p. 3-4, 7-13, 29-31.

On October 11, 2024, the United States Attorney's Office attempted to serve Laurel Maxson on Millcroft Road with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 26, p. 4, 7-13, 32-34.

On October 11, 2024, the United States Attorney's Office served Meagan Maxson on Mattatuck Way with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 26, p. 4, 7-13, 35-36.

On October 11, 2024, the United States Attorney's Office attempted to serve Meagan Maxson on Kershaw Avenue with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 26, p. 4, 7-13, 37-39.

On October 11, 2024, the United States Attorney's Office attempted to serve Meagan Maxson on Whittlesey Avenue with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 26, p. 4, 7-13, 40-42.

On October 11, 2024, the United States Attorney's Office attempted to serve Theodore Maxson on Mattatuck Way with copies of the Preliminary Order of Forfeiture

and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 26, p. 4, 7-13, 43-45.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. One (1) Samsung Galaxy S22 Ultra, serial number: R5CT113GLDD (property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Todd Maxson and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

Dated: March 10, 2025

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE