**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-00141-CDS-BNW |
| Plaintiff / Judgment Creditor | **FINAL ORDER OF GARNISHMENT** |
| v. | |
| TODD MAXSON, | [ECF No. 42] |
| Defendant / Judgment Debtor | |
| and | |
| DELAWARE CHARTER GUARANTEE AND TRUST COMPANY, D/B/A PRINCIPAL TRUST COMPANY, and its Successors or Assigns, | |
| Garnishee | |

This matter is before the Court for consideration of the entry of a final order in garnishment pursuant to Section 3205 of the Federal Debt Collections Procedures Act of 1990, 28 U.S.C. § 3205, against the non-exempt earnings of the Judgment Debtor, TODD MAXSON.

The United States filed an Application for Writ of Garnishment seeking any nonexempt property belonging to or owed the Judgment Debtor by Delaware Charter Guarantee and Trust Company d/b/a Principal Trust Company, its Successors or Assigns ("Garnishee"). A Writ of Garnishment was properly served on Garnishee,

1 which filed an Answer stating that it had in its possession, custody or control, personal
2 property belonging to and due the Judgment Debtor in the form of a 401(k) qualified
3 retirement plan with a value of $103,260.33.
4     The Judgment Debtor was served with the Writ of Garnishment and notified of
5 their right to claim an exemption or request a hearing. The Judgment Debtor did not
6 request a hearing to determine exempt property, and the motion remains
7 unopposed.
8     Having considered the Application, Garnishee's Answer and noting that
9 the Judgment Debtor has not exercised their right to request a hearing, the Court
10 GRANTS the United States' Motion for Final Order of Garnishment and orders as
11 follows:
12     IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the
13 Garnishee is hereby ordered to pay into the hands of the Clerk, U.S. District Court,
14 the sum of $15,300.00 from the 401(k) qualified retirement plan held by the Garnishee
15 on behalf of the Defendant.
16     IT IS FURTHER ORDERED, ADJUDGED and DECREED that this sum is to
17 be applied to the Judgment rendered in the matter in the sum of $15,300.00, upon which
18 there is an unpaid balance of $15,300.00 due, as of August 6, 2025.
19     Checks should be made payable to:
20 Clerk of the Court, U.S. District Court
21 Mailed to:
22 Clerk of the Court, U.S. District Court
23 333 Las Vegas Boulevard South, Suite 1334
   Las Vegas, NV 89101
24 And bearing Judgment Debtor's name and case number:
25 2:24-cr-00141-CDS-BNW

_____
United States District Judge
Dated: August 27, 2025